UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RYAN HARRIS (#391818)

VERSUS                                          CIVIL ACTION

DIXON CORRECTIONAL INSTITUTE, ET AL     NUMBER 11-643-BAJ-SCR

**<u>NOTICE</u>**

    Please take notice that the attached Supplemental Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, November 8, 2011.

                                 STEPHEN C. RIEDLINGER
                                 UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RYAN HARRIS (#391818)

VERSUS							CIVIL ACTION

DIXON CORRECTIONAL INSTITUTE, ET AL			NUMBER 11-643-BAJ-SCR

SUPPLEMENTAL MAGISTRATE JUDGE'S REPORT

A Magistrate Judge's Report was issued on October 31, 2011 recommending that the plaintiff's complaint be dismissed as frivolous.[1] Four days before the Magistrate Judge's Report was issued the plaintiff filed an amended complaint to allege more details regarding the alleged use of force and to amend his prayer for relief.[2]

The allegations in the amended complaint have now been considered. They do not required any substantive change to the Magistrate Judge's Report or the recommendation made therein. For the reasons set forth in the previous Magistrate Judge's Report, the plaintiff's complaint, as amended, should be dismissed as frivolous.

RECOMMENDATION

It is the recommendation of the magistrate judge that the

---

[1] Record document number 11.

[2] Record document number 9.

plaintiff's complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, November 8, 2011.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE