UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RYAN HARRIS (#391818)

VERSUS

DIXON CORRECTIONAL INSTITUTE, ET AL.

CIVIL ACTION

NO. 11-643-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 31, 2011 (doc. no. 11). The plaintiff filed a Motion to Amend Complaint (doc. no. 17) which the court has treated as an objection and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, this 16th day of December, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA